IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHWESTERN DIVISION

| | | |
|---|---|---|
| **JEFFREY ALLEN SINYARD,** | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civil Action Number |
| | ) | **3:11-cv-01398-KOB-JEO** |
| **WARDEN MITCHIM and THE** | ) | |
| **ATTORNEY GENERAL OF THE** | ) | |
| **STATE OF ALABAMA,** | ) | |
| | ) | |
| Respondents. | ) | |

### ORDER

In accord with the Memorandum Opinion entered contemporaneously, the court ADOPTS the Report and Recommendation and DISMISSES WITH PREJUDICE this petition for writ of habeas corpus.

**DONE and ORDERED** this 15th day of August, 2012.

_____
KARON OWEN BOWDRE
UNITED STATES DISTRICT JUDGE