IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHWESTERN DIVISION

| | |
|---|---|
| **JEFFREY ALLEN SINYARD,** )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>**WARDEN MITCHIM and THE** )<br>**ATTORNEY GENERAL OF THE** )<br>**STATE OF ALABAMA,** )<br>)<br>Respondents. ) | Civil Action Number<br>**3:11-cv-01398-KOB-JEO** |

## ORDER

In accord with the Memorandum Opinion entered contemporaneously, the court ADOPTS the Report and Recommendation and DISMISSES WITH PREJUDICE this petition for writ of habeas corpus.

**DONE and ORDERED** this 15th day of August, 2012.

_____
KARON OWEN BOWDRE
UNITED STATES DISTRICT JUDGE